UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESKATON PROPERTIES, INC., et al.,<br><br>　　　　　Defendants. | No.  2:16-CV-0102 KJM CKD<br><br><br><br>ORDER |

　　　　　In an order filed by the court on January 19, 2016, the status conference for the above case was set for May 26, 2016, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed case management statements, but there was no appearance by defendant Healthcomp Administrators' counsel Robert Weeks at the May 26th conference.

　　　　　Accordingly, Mr. Weeks is ordered to show cause why he should not be sanctioned in the amount of $250.00 for failing to appear at the status conference.

DATED:  June 20, 2016

_____
UNITED STATES DISTRICT JUDGE

1