UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFONRIA -- SACRAMENTO DIVISION

| | |
|---|---|
| SHIRLEY TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>ESKATON PROPERTIES, INC.; ESKATON HEALTH PLAN; and HEALTHCOMP ADMINISTRATORS,<br><br>    Defendants. | Case No.  2:16-cv-00102-KJM-CKD<br><br>**ORDER ON JOINT REQUEST TO SEAL DOCUMENTS**<br><br><br>Complaint Filed:    January 18, 2016<br>Trial Date:              TBD |

After full consideration of the Joint Notice of Request to Seal Documents, the Request to Seal Documents, the administrative record on file herein, all other papers and pleadings in this matter, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the motion herein is granted and the Clerk of the Court is directed to seal the administrative record identified in the Court's docket as ECF 15.  Viewing or accessing ECF 15 will not be further allowed without Order of the Court.  It is further ordered that the parties file on the public docket a redacted version of the administrative record, redacting only the limited personal identifying information that the local rules require be redacted.

**IT IS SO ORDERED**.

Dated:  August 17, 2017.

_____
UNITED STATES DISTRICT JUDGE